# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIAM KEITH SOUTH,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**LAWRENCE COUNTY** )<br>**SHERIFF'S  DEPARTMENT,** )<br>) | **Case Number: CV 07-S-515-NE** |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 31, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to exhaust his administrative remedies prior to filing this lawsuit.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation , the court is of the opinion that the magistrate judge's report is due to be and it hereby is **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be **DISMISSED WITHOUT PREJUDICE**  pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DONE this 31st day of August, 2007.

_____
United States District Judge